IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Crescent Naima Parker a/k/a Crescent Brown<br>    Debtor,<br><br>Nationstar Mortgage LLC<br>    Movant.<br>v.<br><br>Crescent Naima Parker a/k/a Crescent Brown<br>    Debtor/Respondent,<br><br>Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>23-10488-pmm<br><br>CHAPTER 13<br><br>11 U.S.C. § 362 |

## CERTIFICATION OF DEFAULT

The undersigned, Attorney for Movant, certifies that Debtor has defaulted upon the terms of this Court's Stipulation and Order dated August 11, 2023. It is further certified that the attached notice, marked as Exhibit "A," was served upon the Debtor and Debtor's Attorney on March 26, 2024. The Debtor has failed to cure the default as set forth in the Notice. The Debtor has failed to make the following payments:

| | |
|---|---:|
| Regular payments of $969.81 from January 1, 2024 through February 1, 2024 | $1,939.62; |
| Regular payments of $967.65 from March 1, 2024 through April 1, 2024 | $1,935.30; |
| Attorney Fees associated with this default | $300.00 |
| Less Debtor's Suspense | $(771.49) |
| **TOTAL DEFAULT** | **$3,403.91** |

Accordingly, pursuant to the Stipulation and Order, Movant respectfully requests this Court to enter the attached Order granting Movant relief from the automatic stay.

                                                                Respectfully submitted,

Dated: <u>April 17, 2024</u>                               BY:<u>/s/ Christopher A. DeNardo</u>
                                                          Christopher A. DeNardo 78447
                                                          Heather Riloff - 309906
                                                          Leslie J. Rase, 58365
                                                          LOGS Legal Group LLP
                                                          985 Old Eagle School Road, Suite 514
                                                          Wayne, PA 19087
                                                          (610) 278-6800
                                                          logsecf@logs.com