*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Crescent Naima Parker
    Debtor(s)

Case No: 23–10488–pmm
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Debtor's Objection to Certification of Default filed by Creditor Nationstar Mortgage LLC Filed by Crescent Naima Parker.

    on: 5/8/24

    at: 01:00 PM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 4/18/24

Timothy B. McGrath
Clerk of Court

46 – 45
Form 167