**Fwd: We've received your payment. Thanks**

Mrs. Crescent N. Parker <cuffs4126@gmail.com>
Wed 05/08/2024 12:11 PM

To:Mike Assad <mike.assad@cibiklaw.com>;Love Immani <immanilove@gmail.com>

I believe this is the last one I received. How do they receive some and not all?

---------- Forwarded message ---------
From: **Mr. Cooper** <noreply@mrcooper.com>
Date: Wed, Feb 21, 2024, 6:11 PM
Subject: We've received your payment. Thanks
To: <cuffs4126@gmail.com>

**PAYMENT CONFIRMATION**

Mr.Cooper logo

### Your Payment Has Been Posted

Crescent,
Your recent payment has been posted to your account.

**Loan Number:** XXXXX4652
**Posted Date:** February 20, 2024

Check out how your payment was applied on the **Payment Activity** page. If you have any questions, try the chat feature on our website.* Just look for this icon:

Sincerely,
Your Customer Service Team at Mr. Cooper

*Availability subject to certain criteria. Live chat is available
Monday - Thursday: 7:00 a.m. - 8:00 p.m. (CST) and Friday: 7:00 a.m. - 7:00 p.m. (CST).

### Manage Your Account

**Fwd: We've received your payment. Thanks**

Mrs. Crescent N. Parker <cuffs4126@gmail.com>
Wed 05/08/2024 12:40 PM

To:Mike Assad <mike.assad@cibiklaw.com>;Love Immani <immanilove@gmail.com>

---------- Forwarded message ---------
From: **Mr. Cooper** <noreply@mrcooper.com>
Date: Tue, Apr 23, 2024, 5:37 PM
Subject: We've received your payment. Thanks
To: <cuffs4126@gmail.com>

**PAYMENT CONFIRMATION**

Mr.Cooper logo

### Your Payment Has Been Posted

Crescent,
Your recent payment has been posted to your account.

**Loan Number:** XXXXX4652
**Posted Date:** April 22, 2024

Check out how your payment was applied on the **Payment Activity** page. If you have any questions, try the chat feature on our website.* Just look for this icon:

Sincerely,
Your Customer Service Team at Mr. Cooper

*Availability subject to certain criteria. Live chat is available
Monday - Thursday: 7:00 a.m. - 8:00 p.m. (CST) and Friday: 7:00 a.m. - 7:00 p.m. (CST).

**Manage Your Account**

Screenshot 2024-05-10 at 10.20.17 AM

**Mrs. Crescent Parker <cuffs4126@gmail.com>**
Fri 05/10/2024 12:04 PM

To:Mike Assad <mike.assad@cibiklaw.com>;Immani Love <immanilove@gmail.com>

This is the information I have to process my payment with my bank can you check with the attorney and verify that the below details are correct. When I attempted to submit this payment it won't go through.



## Fwd: Notification - Wilmington Savings Fund Society, FSB account activity

**Mrs. Crescent N. Parker <cuffs4126@gmail.com>**
Wed 05/08/2024 12:24 PM

To: Mike Assad <mike.assad@cibiklaw.com>; Love Immani <immanilove@gmail.com>

This is the payment information they sent my attorney when I restarted my mortgage. They were accepting these payments. I will attempt to update the address you provided with my bank now.

---------- Forwarded message ---------
From: **WSFS Bank** <wsfsonlinebanking@wsfsbank.com>
Date: Sat, Mar 2, 2024, 4:10 AM
Subject: Notification - Wilmington Savings Fund Society, FSB account activity
To: <cuffs4126@gmail.com>

WSFS Bank

Here's the summary of your account activity for: 03/02/2024

### Payments Sent

| Payment Details | | Payee Details | |
|---|---|---|---|
| Payment amount: | $969.81 | Payee: | Mr. Cooper |
| Funding account: | WSFS_EVERYDAY_BANKING | Nickname: | Mr. Cooper |
| Payment type: | Check | Address: | 1010 W. Mockingbird, Suite 100 |
| Payment option: | One-time payment | | Attn: Payment Processing -650783 |
| Bill due by: | N/A | | DALLAS, TX 75247 |
| Sent on: | 02/29/2024 | Phone: | 000-000-0000 |
| Confirmation number: | 1BY1SC9X | | |
| Convenience fee: | $ | | |
| Tracking number: | | | |
| Delivery vendor: | | | |

Please do not respond directly to this e-mail message. If you have any questions, please contact us at 1-866-305-9038.

Sincerely,
WSFS Bank

Document Reference: 55719918