UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Crescent Naima Parker, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bky. No. 23-10488 (PMM) |

# O R D E R

**AND NOW,** upon consideration of the Certification of Default filed by Nationstar Mortgage LLC (doc. #44, the "Certification") and the Debtor's responses thereto (doc. #45, 49, 53);

AND a hearing with regard to the Certification having been held and concluded on July 10, 2024;

AND for the reasons stated on the record;

It is hereby **ordered** that:

1) Motion for Relief is granted to the movant, Nationstar Mortgage LLC **subject to the following conditions**:

2) This Order granting relief shall not be effective prior to **September 10, 2024**;

3) If the following conditions are met on or before September 10, 2024, then relief from the stay will **not** go into effect:

   a. Debtor files and notices an amended chapter 13 plan and motion to modify plan on or before **August 10, 2024**; and

   b. No objections are filed to the proposed amended plan and motion to modify.

Date: 7/10/24

_/s/ Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**