United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 23-10488-pmm
Crescent Naima Parker                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 2
Date Rcvd: Jul 11, 2024                   Form ID: pdf900                          Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2024:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | Crescent Naima Parker, 30 W Parkway Ave, Chester, PA 19013-5008 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2024                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Defendant Nationstar Mortgage LLC logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LESLIE J. RASE | on behalf of Defendant Nationstar Mortgage LLC logsecf@logs.com lerase@logs.com |
| MICHAEL A. CIBIK | on behalf of Debtor Crescent Naima Parker help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL I. ASSAD | |

on behalf of Plaintiff Crescent Naima Parker help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Crescent Naima Parker, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bky. No. 23-10488 (PMM) |

## O R D E R

**AND NOW,** upon consideration of the Certification of Default filed by Nationstar

Mortgage LLC (doc. #44, the "Certification") and the Debtor's responses thereto (doc. #45, 49,

53);

AND a hearing with regard to the Certification having been held and concluded on July

10, 2024;

AND for the reasons stated on the record;

It is hereby **ordered** that:

1)    Motion for Relief is granted to the movant, Nationstar Mortgage LLC **subject to**

**the following conditions**:

2)    This Order granting relief shall not be effective prior to **September 10, 2024**;

3)    If the following conditions are met on or before September 10, 2024, then relief

from the stay will **not** go into effect:

a.    Debtor files and notices an amended chapter 13 plan and motion to modify

plan on or before **August 10, 2024**; and

b.    No objections are filed to the proposed amended plan and motion to

modify.

**Date: 7/10/24**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**