**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Crescent Naima Parker,<br><br>*Debtor*. | Case No. 23-10488-PMM<br>Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

- Third Amended Chapter 13 Plan
- Motion to Modify Plan After Confirmation
- Notice of Motion to Modify Plan After Confirmation, Response Deadline, and Hearing Date

All priority and secured creditors not served here have previously been served with a copy of the plan that treats their claims the same as this plan does.

Date: July 26, 2024

Mike Assad (#330937)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

## Mailing List Exhibit

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Capital One N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Citadel Credit Union
Attn: Collections
520 Eagleview Blvd
Exton, PA 19341

Ally Bank
Payment Processing Center
PO Box 660618
Dallas TX 75266-0618

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788