# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Crescent Naima Parker,<br><br>*Debtor*. | Case No. 23-10488-PMM<br>Chapter 13 |

## Motion to Confirm Continuation of Automatic Stay

Debtor Crescent Naima Parker, through her attorney, moves this Court for an order confirming the continuation of the automatic stay under 11 U.S.C. § 362(d)(4)(A)(ii) and L.B.R. 9014-2(a)(1). The Debtor requests that the Court refrain from entering an order on this motion until September 11, 2024.

Date: July 26, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Mike Assad

Mike Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

## Certificate of Service

I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: July 26, 2024

/s/ Mike Assad
Mike Assad