**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Crescent Naima Parker,<br><br>*Debtor*. | Case No. 23-10488-PMM<br>Chapter 13 |

## Objection to Certification of Default

Debtor Crescent Naima Parker, through her attorney, objects to the certification of default filed by Nationstar Mortgage LLC at ECF No. 63. The Court already conditionally granted relief from the automatic stay under the order filed at ECF No. 55. For that reason, Nationstar is not entitled to further relief.

Date: August 8, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Mike Assad

Mike Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com