**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Crescent Naima Parker, <br><br> *Debtor*. | Case No. 23-10488-PMM <br> Chapter 13 |

# ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (doc. #58, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #57) is **approved**.

Date: 8/27/24

*Patricia M. Mayer*
_____
Patricia M. Mayer
U.S. Bankruptcy Judge