United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 23-10488-pmm

Crescent Naima Parker                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                                    Page 1 of 2
Date Rcvd: Aug 27, 2024                     Form ID: pdf900                              Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Crescent Naima Parker, 30 W Parkway Ave, Chester, PA 19013-5008 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Defendant Nationstar Mortgage LLC logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LESLIE J. RASE | on behalf of Defendant Nationstar Mortgage LLC logsecf@logs.com  lerase@logs.com |
| MICHAEL A. CIBIK | on behalf of Debtor Crescent Naima Parker help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |

MICHAEL I. ASSAD

on behalf of Plaintiff Crescent Naima Parker help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

Crescent Naima Parker,

                                    *Debtor*.

Case No. 23-10488-PMM
Chapter 13

**ORDER GRANTING MOTION TO MODIFY PLAN**

   **AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed

chapter 13 Plan (doc. #58, the "Motion");

   It is hereby **ordered** that

  1)  The Motion is **granted**; and

  2)  The Modified Plan (doc. #57) is **approved**.


Date:  8/27/24

           Patricia M. Mayer
           U.S. Bankruptcy Judge