## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## Philadelphia Division

Crescent Naima Parker,

                    *Debtor.*

Case No. 23-10488-PMM
Chapter 13

### Order Confirming Continuation of Automatic Stay

And now, after consideration of the Motion to Confirm Continuation of Automatic Stay filed by Debtor Crescent Naima Parker, with proper notice and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is confirmed to remain in effect with respect to the Debtor and all property of the estate.

Date: **September 11, 2024**

_____
Patricia M. Mayer
U.S. Bankruptcy Judge