United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 23-10488-pmm
Crescent Naima Parker                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                      User: admin                                Page 1 of 2
Date Rcvd: Sep 11, 2024                   Form ID: pdf900                       Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2024:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | Crescent Naima Parker, 30 W Parkway Ave, Chester, PA 19013-5008 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2024                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Defendant Nationstar Mortgage LLC logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LESLIE J. RASE | on behalf of Defendant Nationstar Mortgage LLC logsecf@logs.com  lerase@logs.com |
| MICHAEL A. CIBIK | on behalf of Debtor Crescent Naima Parker help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |

District/off: 0313-2                     User: admin                                    Page 2 of 2
Date Rcvd: Sep 11, 2024                  Form ID: pdf900                             Total Noticed: 1

MICHAEL I. ASSAD
                          on behalf of Plaintiff Crescent Naima Parker michael@sadeklaw.com

United States Trustee
                          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division**

Crescent Naima Parker,

*Debtor.*

Case No. 23-10488-PMM
Chapter 13

### Order Confirming Continuation of Automatic Stay

And now, after consideration of the Motion to Confirm Continuation of Automatic Stay filed by Debtor Crescent Naima Parker, with proper notice and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is confirmed to remain in effect with respect to the Debtor and all property of the estate.

Date: **September 11, 2024**

Patricia M. Mayer
U.S. Bankruptcy Judge