IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| CRESCENT NAIMA PARKER,, | ) | NO. 23-10488-PMM |
| | ) | |
| Debtor. | ) | |
| ------------------------------- | )-- | ------------------------------- |
| | ) | |
| NATIONSTAR MORTGAGE LLC, | ) | CONTESTED MATTER PROCEEDING |
| | ) | |
| Movant. | ) | |
| | ) | CHAPTER 13 |
| vs. | ) | |
| | ) | |
| CRESCENT NAIMA PARKER,, | ) | Judge: Patricia M. Mayer |
| KENNETH E. WEST, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

## AFFIDAVIT

Personally before the undersigned officer duly authorized to administer oaths under the laws of the State of _Texas_ appeared _Annie Murchison_ who, being first sworn, deposes and states as follows:

1.

I am of legal age, under no legal disability, and am competent to testify in this matter as to the facts stated herein. I have personal knowledge of facts stated herein as they relate to Compliance with this Court's Order entered August 11, 2023.

2.

Since the entry of said Order, the Debtor has failed to make payments required under said Order as follows:

The Debtor has failed to remit the regular monthly mortgage payments of $1,000.17 each, for the months of October, 2025 through November, 2025; . The total amount necessary to cure the default is $1,652.58, which reflects $347.76 held in debtor's suspense.

3.

On November 4, 2025, a Notice of Default was sent to the Debtor, Debtor's Attorney and the Trustee. The default was not cured within the time permitted under the Order.

4.

With the Debtor having defaulted and failed to cure the default within the time allowed, Affiant submits that Movant is entitled to an Order lifting the automatic stay.

_Annie Mucha_  Date: 12/05/2025
Title: Assistant Secretary

Sworn to and subscribed before me this  5  day of December , 2025.

_Chastity Wilson_

Notary Public
My Commission Expires:



CHASTITY WILSON
Notary Public, State of Texas
Comm. Expires 05-21-2027
Notary ID 130235636