

325 Chestnut Street, Suite 725
Philadelphia, PA  19106
T. (770) 643-7200
**www.mccalla.com**

| | |
|---|---|
| ALABAMA | NEVADA |
| CALIFORNIA | NEW JERSEY |
| CONNECTICUT | NEW YORK |
| FLORIDA | OHIO |
| GEORGIA | OREGON |
| ILLINOIS | TEXAS |
| KENTUCKY | WASHINGTON |
| MISSISSIPPI | |

EXHIBIT

November 4, 2025

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

      Re:    Debtor(s):              Crescent Naima Parker *aka* Crescent Brown
            Bankruptcy Case No.:  23-10488-pmm
            Creditor:             Nationstar Mortgage LLC ("Creditor")
            Loan No.:           XXXXXX4652

Dear Attorney CIBIK:

    I am writing to you on behalf of Nationstar Mortgage LLC to advise you that the above referenced Debtor has defaulted on payments pursuant to the Order entered August 11, 2023. The Debtor has failed to remit the following:

| | |
|---|---:|
| September 2025 - October 2025 regular payments @ $1,000.17 each | $2,000.34 |
| Less funds in suspense | ($247.93) |
| **TOTAL  ARREARS** | $1,752.41 |

Payment should be sent directly to Nationstar Mortgage LLC, P.O. Box 619094, Dallas, TX 75261-9741.  Payment in less than the full amount **may not** be accepted.  **For direct answers to questions regarding this notice, the Debtor's Attorney should contact Mayra L. at (407) 792-0711.**

Additional attorney's fees may be assessed due to this default.  If this default is not cured within fifteen (15) days after receipt of this notice, additional attorney's fees may be incurred, and the Court may grant the relief for which the Order provides.  In the event the default is not cured and Creditor files a Motion for Order Modifying Stay, without further notice or hearing, Creditor will request upon entry of an order granting relief from stay, such order provide that Debtor's plan is modified to no longer provide for the payment of Creditor's claim pursuant to Section 1322(b)(5) and that upon entry of said order, Trustee shall cease funding Creditor's claim in the instant bankruptcy case until further notice from the Court.

Sincerely,

/s/Mark  Cronin
Mark  Cronin

cc:   Kenneth E. West, Office of the Chapter 13 Standing Trustee, 190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106
Crescent Naima Parker,  30 W Parkway Ave, Chester, PA 19013-5008

**Please be advised that this law firm may be acting as a debt collector attempting to collect a debt.
Any information obtained will be used for that purpose.**