UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In Re: <br>     CRESCENT NAIMA PARKER <br>     *AKA* CRESCENT BROWN <br>         Debtor(s) | Chapter 13 |
| NATIONSTAR MORTGAGE LLC, <br>     Movant | Case Number: 23-10488-pmm |
| v. <br> CRESCENT NAIMA PARKER <br>     Debtor(s) <br> KENNETH E. WEST <br>     Trustee <br>       Respondent(s) | |
| In Re: <br>     CRESCENT NAIMA PARKER | Chapter 13 |

## ORDER

AND NOW, this ~~18th~~ day of ~~December, 2025~~, upon the Motion for Relief from Automatic Stay and upon Consent Order/Stipulation of NATIONSTAR MORTGAGE LLC and any successor in interest and Debtor, CRESCENT NAIMA PARKER, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED AND DECREED that

    The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362, is modified to allow NATIONSTAR MORTGAGE LLC (and any assignee/successor-in-interest) to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 30 W Parkway Ave, Chester, PA 19013-5008.

    (a)(4)

    It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001~~(a)(3)~~ is hereby waived.

BY THE COURT:

*Patricia M. Mayer*

**Date: January 5, 2026**

Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE