United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 23-10488-pmm

Crescent Naima Parker  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 05, 2026 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Crescent Naima Parker, 30 W Parkway Ave, Chester, PA 19013-5008 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2026      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Defendant Nationstar Mortgage LLC logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LESLIE J. RASE | on behalf of Defendant Nationstar Mortgage LLC logsecf@logs.com lerase@logs.com |
| MARK A. CRONIN | on behalf of Creditor Nationstar Mortgage LLC philalaw@aol.com mccallaecf@ecf.courtdrive.com |
| MICHAEL A. CIBIK | on behalf of Debtor Crescent Naima Parker help@cibiklaw.com |

District/off: 0313-2　　　　　　　　　　　User: admin　　　　　　　　　　　Page 2 of 2
Date Rcvd: Jan 05, 2026　　　　　　　　　Form ID: pdf900　　　　　　　　　Total Noticed: 1

|  |  |
|---|---|
|  | noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Plaintiff Crescent Naima Parker michael@sadeklaw.com sadeklaw@recap.email |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>　　CRESCENT NAIMA PARKER<br>　　*AKA* CRESCENT BROWN<br>　　　　Debtor(s)<br>NATIONSTAR MORTGAGE LLC,<br>　　Movant<br><br>v.<br>CRESCENT NAIMA PARKER<br>　　Debtor(s)<br>　KENNETH E. WEST<br>　　Trustee<br>　　Respondent(s)<br><br>In Re:<br>　　CRESCENT NAIMA PARKER | Chapter 13<br><br><br>Case Number: 23-10488-pmm<br><br><br><br><br><br><br><br><br><br><br><br>Chapter 13 |

**ORDER**

AND NOW, this ~~18~~th day of ~~December, 2025~~, upon the Motion for Relief from Automatic Stay and upon Consent Order/Stipulation of NATIONSTAR MORTGAGE LLC and any successor in interest and Debtor, CRESCENT NAIMA PARKER, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED AND DECREED that

The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362, is modified to allow NATIONSTAR MORTGAGE LLC (and any assignee/successor-in-interest) to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 30 W Parkway Ave, Chester, PA 19013-5008.

(a)(4)

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001~~(a)(3)~~ is hereby waived.

BY THE COURT:

*Patricia M. Mayer*

**Date: January 5, 2026**

Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE