UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

In re:

Crescent Naima Parker                    Chapter 13
  AKA Crescent Brown                    Case No. 23-10488-PMM

  Debtor

_____

## **CERTIFICATE OF SERVICE**

    I, Elizabeth A. Trachtman, Attorney of Orlans Law Group PLLC, do hereby certify that on May 4, 2026, I caused to be served a copy of Notice of Appearance on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: <u>May 4, 2026</u>

                    Respectfully Submitted,

                    */s/ Elizabeth A. Trachtman*
                    Elizabeth A. Trachtman, Esq. PA 333427
                    Michele M. Bradford, Esq. PA 69849
                    Orlans Law Group PLLC
                    Attorney for Ally Bank
                    200 Eagle Road, Bldg 2, Suite 120
                    Wayne, PA 19087
                    (484) 367-4191
                    Email: etrachtman@orlans.com
                    mbradford@orlans.com
                    File Number: 26-003015

<u>VIA US MAIL</u>

Crescent Naima Parker, Debtor
30 W Parkway Ave
Chester, PA 19013

<u>VIA ECF</u>

Michael A. Cibik, Esq. on behalf of Debtor

Kenneth E. West Esq., Chapter 13 Trustee