UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

IN RE:

CRESCENT NAIMA PARKER
 AKA CRESCENT BROWN

|  |  |
|---|---|

Chapter 13
Case No. 23-10488-PMM

Debtor

ALLY BANK

Movant

v.

CRESCENT NAIMA PARKER
 AKA CRESCENT BROWN
 (Debtor)

KENNETH E. WEST
 (Trustee)

Respondents

## **CERTIFICATE OF SERVICE**

I, Elizabeth A. Trachtman, Attorney of Orlans Law Group PLLC, do hereby certify that on May 22, 2026, I caused to be served a copy of Motion For Relief From The Automatic Stay on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: May 22, 2026

Respectfully Submitted,

*/s/ Elizabeth A. Trachtman*
Elizabeth A. Trachtman, Esq. PA 333427
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for Ally Bank
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: etrachtman@orlans.com
mbradford@orlans.com
File Number: 26-003015

VIA US MAIL

Crescent Naima Parker, Debtor
30 W Parkway Ave
Chester, PA 19013


VIA ECF

Michael A. Cibik, Esq. on behalf of Debtor

Kenneth E. West Esq., Chapter 13 Trustee