UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

IN RE:

CRESCENT NAIMA PARKER
  AKA CRESCENT BROWN

      Debtor

Chapter 13
Case No. 23-10488-PMM

ALLY BANK

    Movant

v.

CRESCENT NAIMA PARKER
  AKA CRESCENT BROWN
     (Debtor)

KENNETH E. WEST
     (Trustee)

    Respondents

## **CERTIFICATE OF SERVICE**

     I, Elizabeth A. Trachtman, Attorney of Orlans Law Group PLLC, do hereby certify that on June 8, 2026, I caused to be served a copy of Certificate of No Response on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: <u>June 8, 2026</u>

     Respectfully Submitted,

     */s/ Elizabeth A. Trachtman*
     Elizabeth A. Trachtman, Esq. PA 333427
     Michele M. Bradford, Esq. PA 69849
     Garrett M. Wilson, Esq. PA 338633
     Orlans Law Group PLLC
     Attorney for Ally Bank
     200 Eagle Road, Bldg 2, Suite 120
     Wayne, PA 19087

(484) 367-4191
Email: etrachtman@orlans.com
mbradford@orlans.com
gwilson@orlans.com
File Number: 26-003015

VIA US MAIL

Crescent Naima Parker, Debtor
30 W Parkway Ave
Chester, PA 19013

VIA ECF

Michael A. Cibik, Esq., on behalf of Debtor

Kenneth E. West Esq., Chapter 13 Trustee