UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>CRESCENT NAIMA PARKER<br>  AKA CRESCENT BROWN<br><br>     Debtor | Chapter 13<br>Case No. 23-10488-PMM |
| ALLY BANK<br><br>     Movant<br><br>v.<br><br>CRESCENT NAIMA PARKER<br>  AKA CRESCENT BROWN<br>       (Debtor)<br><br>KENNETH E. WEST<br>       (Trustee)<br><br>     Respondents | |

## ORDER MODIFYING AUTOMATIC STAY

AND NOW, this __8th__ day of __June__, 2026, upon consideration of the Motion for

Relief from Automatic Stay ("Motion"), filed by Ally Bank ("Movant"), and any response thereto,

and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED** that the Automatic Stay imposed by 11 U.S.C. § 362 is modified, permitting

Ally Bank, and its successors and assigns, to exercise its rights under applicable law against the

Property; and Ally Bank is allowed to enforce the contract rights as it pertains to the 2022 GMC

Terrain VIN No. 3GKALVEV9NL167145, to obtain possession of and/or dispose of the Property;

and it is further

**ORDERED**, that Relief from the Automatic Stay is granted allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies and obtain possession of and/or dispose of the Property and/or allowing Movant, through its agents, servicers and representatives to contact Debtor and/or Debtor's counsel for the purpose of engaging in discussions and consideration for possible solutions and/or resolutions; and it is further

**ORDERED**, that the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and it is further

**ORDERED,** that this Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(4).

BY THE COURT:

Honorable Patricia M. Mayer
U.S. Bankruptcy Judge

**Date: June 8, 2026**