## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **Crescent Naima Parker,** | : | **Case No. 23-10488 (PMM)** |
| | : | |
| **Debtor.** | : | |

### ORDER TO SHOW CAUSE REGARDING COUNSEL FEES

**AND NOW**, this case having been confirmed on September 26, 2023;

**AND** counsel for the Debtor having failed to seek compensation thus far, see L.R. 2016-3(a)(4), 2016(3)(b)(2);

**AND** the Trustee having filed a certification of non-compliance, doc. #89;

It is therefore hereby **ORDERED** that Debtor's Counsel **SHALL APPEAR** for a hearing on **Wednesday, August 26, 2026 at 1:00 p.m. in Bankruptcy Courtroom No. 3, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107** and **show cause** why any requested fee should not be **denied**.

**Date:  7/15/26**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**