United States Bankruptcy Court
Eastern District of Pennsylvania

In re:

    Crescent Naima Parker,

        Debtor.

Case No. 23-10488-PMM

Chapter 13

**Supplemental Application for Compensation by Debtor's Counsel**

Applicant Cibik Law P.C. applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses performed after confirmation of the plan.

1. Applicant is counsel for the debtor.

2. The debtor filed a petition under chapter 13 on February 20, 2023.

3. This Court previously approved the presumptively reasonable fee of $5,875 via confirmation of the Debtor's Chapter 13 plan on September 26, 2023.

4. Applicant requests an award of supplemental compensation of $2,000 for 6.8 hours expended in providing the following services (hourly rates of $350 per attorney hour and $125 per paralegal hour):

| Date(s) | Work Completed | By Whom | Time | Billing |
|---|---|---|---|---|
| 4/17/2024 | Drafted objection to certification of default | Attorney | 0.30 | $105 |
| 7/9/2024 | Drafted supp. objection to certification of default | Attorney | 2.50 | $875 |
| 5/8/2024, 5/22/2024, 7/10/2024 | Represented debtor at multiple hearings on objection to certification of default | Attorney | 1.00 | $350 |
| Various | Correspondence with Debtor | Attorney | 1.00 | $350 |
| 7/26/2024 | Drafted motion to modify plan | Attorney | 0.50 | $175 |
| 7/26/2024 | Drafted modified plan | Attorney | 1.00 | $375 |
| 7/26/2024 | Drafted motion to verify automatic stay | Attorney | 0.30 | $105 |
| 7/15/2026 | Drafted fee application | Attorney | 0.20 | $75 |
| **Total** | | | **6.8** | **$2,405** |

5. The amended disclosure of compensation filed at ECF No. 11 is attached as Exhibit A.

6.   All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

NOW, THEREFORE, Applicant requests an award of compensation in the form of order attached.

Date: July 15, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
 Michael A. Cibik (#23110)
 1500 Walnut Street, Suite 900
 Philadelphia, PA 19102
 215-735-1060
 mail@cibiklaw.com

2