United States Bankruptcy Court
Eastern District of Pennsylvania

In re:

    Crescent Naima Parker,

        Debtor.

Case No. 23-10488-PMM

Chapter 13

### Certificate of Service

I certify that on this date, I caused this application for compensation along with the notice and all attachments to be served on the following parties by first class mail or through the CM/ECF system:

Kenneth E. West (CM/ECF)

U.S. Trustee (CM/ECF)

Crescent Naima Parker
30 W Parkway Ave
Chester, PA 19013-5008

Date: July 15, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com