United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                     Case No. 23-10488-pmm

Crescent Naima Parker                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 21, 2026 | Form ID: pdf900 | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Crescent Naima Parker, 30 W Parkway Avenue, Chester, PA 19013-5008 |
| 15138892 | + | Ally Bank, c/o Elizabeth A. Trachtman, Esq, 200 Eagle Road, Bldg 2, Ste 120, Wayne, PA 19087-3115 |
| 14758433 | | City of Chester, 1 Fourth St, Chester, PA 19013-4400 |
| 14758438 | | Fed Loan Servicing, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14761860 | + | Nationstar Mortgage LLC, c/o Lorraine Gazzara Doyle, Esq., 3600 Horizon Drive, Suite 150, King of Prussia PA 19406-4702 |
| 14844209 | + | Nationstar Mortgage LLC, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14758446 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14758450 | | Target, c/o Financial & Retail Srvs Mailstop BT, Minneapolis, MN 55440 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 22 2026 02:19:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 22 2026 02:20:32 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14774974 | | Email/Text: ally@ebn.phinsolutions.com | Jul 22 2026 02:18:00 | Ally Bank, Payment Processing Center, PO Box 660618, Dallas TX 75266-0618 |
| 14759392 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 22 2026 02:20:32 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14758428 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 22 2026 02:18:00 | Ally Financial, Inc, Attn: Bankruptcy 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14768468 | | Email/PDF: bncnotices@becket-lee.com | Jul 22 2026 02:20:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14758429 | | Email/PDF: bncnotices@becket-lee.com | Jul 22 2026 02:20:32 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14758430 | | Email/Text: claimbnk@studentloan.org | Jul 22 2026 02:18:00 | Aspire Servicing Center, Attn: Bankruptcy, PO Box 659705, West Des Moines, IA 50265-0970 |
| 14771709 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 22 2026 02:20:29 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14758431 | + | Email/Text: account.manager@chesterwater.com | Jul 22 2026 02:19:00 | Chester Water Authority, 415 Welsh St, Chester, PA 19013-4595 |

| ID | | Method | Time | Recipient |
|---|---|---|---|---|
| 14771905 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jul 22 2026 02:19:00 | Citadel Credit Union, Attn: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14758432 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jul 22 2026 02:19:00 | Citadel FCU, Attn: Bankruptcy 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14758434 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 22 2026 02:18:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14758435 | + | Email/Text: convergent@ebn.phinsolutions.com | Jul 22 2026 02:19:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy Attn: Bankruptcy, 800 SW 39th St , Ste 100, Renton, WA 98057-4927 |
| 14758443 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2026 02:20:35 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14758436 | + | Email/Text: kenneyk@co.delaware.pa.us | Jul 22 2026 02:19:00 | Delaware County Tax Claim Bureau, 201 W Front St, Media, PA 19063-2768 |
| 14758437 | | Email/Text: bankruptcydepartment@tsico.com | Jul 22 2026 02:19:00 | Eos Cca, Po Box 329, Norwell, MA 02061-0329 |
| 14758439 | | Email/Text: bankruptcy.notices@hdfsi.com | Jul 22 2026 02:19:00 | Harley Davidson Financial, Attn: Bankruptcy, PO Box 22048, Carson City, NV 89721-2048 |
| 14758440 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 22 2026 02:18:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14758441 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 22 2026 02:20:32 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14758442 | + | Email/Text: EBNBKNOT@ford.com | Jul 22 2026 02:19:00 | Lincoln Automotive Fin, Attn: Bankrutcy, PO Box 54200, Omaha, NE 68154-8000 |
| 14758444 | | Email/Text: EBN@Mohela.com | Jul 22 2026 02:18:00 | MOHELA, Attn: Bankruptcy 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14758445 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 22 2026 02:18:00 | Nationstar Mortgage LLC, 350 Highland Dr, Lewisville, TX 75067-4488 |
| 14761664 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 22 2026 02:18:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas , TX , 75261-9741 |
| 14777655 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 22 2026 02:18:00 | Nationstar Mortgage LLC, c/o Nationstar Mortgage LLC, Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14844070 | ^ | MEBN | Jul 22 2026 02:13:30 | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14758447 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 22 2026 02:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14758448 | ^ | MEBN | Jul 22 2026 02:13:37 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14775509 | | Email/Text: bnc-quantum@quantum3group.com | Jul 22 2026 02:18:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14758449 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 22 2026 02:20:33 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 14766429 | + | Email/Text: bncmail@w-legal.com | Jul 22 2026 02:19:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14758451 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 22 2026 02:19:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14758452 | ^ | MEBN | Jul 22 2026 02:13:27 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

District/off: 0313-2

User: admin

Page 3 of 4

Date Rcvd: Jul 21, 2026

Form ID: pdf900

Total Noticed: 41

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 15139293 | *+ | Ally Bank, c/o Elizabeth A. Trachtman, ESQ, 200 Eagle Road, Bldg 2, Suite 120, Wayne, PA 19087-3115 |
| 14768469 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14785600 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas , TX , 75261-9741 |
| 14785964 | ##+ | c/o Lorraine Gazzara Doyle, Esq., LOGS Legal Group, LLP, 3600 Horizon Drive, Suite 150, King of Prussia PA 19406-4702 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Defendant Nationstar Mortgage LLC bkecfnotifications@dallegal.com |
| Elizabeth Trachtman | on behalf of Creditor Ally Bank ANHSOrlans@InfoEx.com |
| HOWARD GERSHMAN | on behalf of Mediator Howard Gershman hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LESLIE J. RASE | on behalf of Defendant Nationstar Mortgage LLC logsecf@logs.com  lerase@logs.com |
| MARK A. CRONIN | on behalf of Creditor Nationstar Mortgage LLC philalaw@aol.com  mccallaecf@ecf.courtdrive.com |
| MATTHEW K. FISSEL | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Crescent Naima Parker help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Plaintiff Crescent Naima Parker mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com |

District/off: 0313-2                                   User: admin                                        Page 4 of 4
Date Rcvd: Jul 21, 2026                               Form ID: pdf900                                     Total Noticed: 41

United States Trustee

     USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD MILLER

     on behalf of Creditor Nationstar Mortgage LLC wmiller@logs.com  logsecf@logs.com


TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: ) Chapter 13

Crescent Naima Parker )

)

)

Debtor. ) Bankruptcy. No.   23-10488 PMM

## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, in consideration of the Motion to Dismiss Case filed by Ken West, Standing Trustee ("the Trustee") (hereinafter "the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This above-captioned chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the United States Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), any undistributed Chapter 13 plan dividend payments in the possession of the aforesaid Trustee shall not revest in the entity in which such property had vested immediately prior to the commencement of this case. **All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).**

5. All applications for allowance of administrative expenses (including applications for allowances of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties **within five (5) days** of the entry of this Order. Counsel shall file a Certification of Service confirming that such service has been accomplished **within  fifteen (15) days** of the entry of this Order.

**July 21, 2026**
Date:_____

Hon. Patricia M. Mayer
U.S. Bankruptcy Judge